# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY MENARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-498** |
| **LLOG EXPLORATION COMPANY, L.L.C., ET AL.** | **SECTION "R" (3)** |

## ORDER SETTING ORAL HEARING

**IT IS ORDERED** that the **Motion to Compel Responses to Requests for Production of Documents and/or Things [Doc. #47]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, April 12, 2017 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 20th day of March, 2017.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**