UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY MENARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-498** |
| **LLOG EXPLORATION COMPANY, L.L.C., ET AL.** | **SECTION "R" (3)** |

ORDER SETTING ORAL HEARING

**IT IS ORDERED** that the **Motion for Leave to File Second Amended and Supplemental Complaint [Doc. #70]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, July 12, 2017 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 20th day of June, 2017.

*[signature]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**