UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORLEANS DIVISION

| | | |
|---|---|---|
| COREY MENARD | * | CIVIL ACTION #: 2:16-cv-00498 |
| VERSUS | * | JUDGE: VANCE |
| GIBSON APPLIED TECHNOLOGY AND ENGINEERING, INC., ADRIATIC MARINE, LLC, WOOD GROUP PSN, INC, AND WOOD GROUP PRODUCTION SERVICES, INC. | * | MAGISTRATE: KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **COREY MENARD**, who amends and supplements his original Petition for Damages and First Amended and Supplemental Complaint; as follows, to-wit:

I.

By amending the caption of the cause to read in its entirety as follows:

"UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORLEANS DIVISION

| | | |
|---|---|---|
| COREY MENARD | * | CIVIL ACTION #: 2:16-cv-00498 |
| VERSUS | * | JUDGE: VANCE |
| GIBSON APPLIED TECHNOLOGY AND ENGINEERING, INC, ADRIATIC MARINE, LLC, WOOD GROUP PSN, INC, WOOD GROUP PRODUCTION SERVICES, INC, ACE AMERICAN INSURANCE COMPANY" | * | MAGISTRATE: KNOWLES |

II.

By amending and supplementing Paragraph 3. of the Petition for Damages to read in its entirety as follows:

"3.

The following are made Defendants herein:

    A.    **GIBSON APPLIED TECHNOLOGY AND ENGINEERING, INC.**, is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Texas, licensed to do and doing business within the State of Louisiana and the jurisdiction of this Court, and it may be cited to appear and answer herein be serving its registered agent for service of process; namely Grant Gibson, 16360 Park Ten Place, Suite 206, Houston, Texas 77084 (sometimes hereinafter referred to as **"GATE"**);

    B.    **ADRIATIC MARINE, LLC**, a Louisiana limited liability company having its principal place of business in Lafourche Parish, Louisiana and which has appointed its registered agent for service of process; namely Charles Faucheux, 201 Raceland Street, Raceland, Louisiana 70394, (sometimes hereinafter referred to as **"ADRIATIC"**);

    C.    **WOOD GROUP PSN, INC.**, is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Texas, licensed to do and doing business within the State of Louisiana and the jurisdiction of this Court, and it may be cited to appear and answer herein be serving its registered agent for service of process; namely Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802 (sometimes hereinafter referred to as **"WOOD GROUP"** collectively with Defendants, **WOOD GROUP PRESSURE CONTROL, LP. and WOOD GROUP PRODUCTION SERVICES, INC.**);

    D.    **WOOD GROUP PRODUCTION SERVICES, INC.**, is thought to be a foreign corporation, organized and existing by virtue of the laws of the State of Texas, licensed to do and doing business within the State of Louisiana and the jurisdiction of this Court, and it may be cited to appear and answer herein be serving its registered agent for service of process; namely Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802 (sometimes hereinafter referred to as **"WOOD GROUP"** collectively with Defendants, **WOOD GROUP PSN, INC. and WOOD GROUP PRODUCTION SERVICES, INC.**); and

    E.    **ACE AMERICAN INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, domiciled in Philadelphia, Pennsylvania, whose agent for service of process is the Louisiana Secretary of State, Honorable Tom Schedler, who can be served at 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

which Defendants are justly and truly indebted to Complainant **COREY MENARD** in an amount not less than THREE-MILLION ($3,000,000.00) DOLLARS, for the following, to-wit:"

III.

By adding Paragraph 7c. of the Petition for Damages to read in its entirety as follows:

"7c.

Petitioner alleges that at the time of said collision, the Defendant, **WOOD GROUP**, was insured by a policy of liability insurance issued by Defendant, **ACE AMERICAN INSURANCE COMPANY**, covering accidents of the nature that occurred herein, and as such, **ACE AMERICAN INSURANCE COMPANY** is liable for the injuries sustained by Petitioner."

IV.

Out of an abundance of caution, Plaintiff restates and reavers all other allegations in his original Petition for Damages and First Amended and Supplemental Complaint, and in all other aspects the original Petition for Damages and First Amended and Supplemental Complaint shall remain as first written.

**WHEREFORE**, Complainant, **COREY MENARD,** prays that Defendants be served with a copy of this Complaint for Damages, First Amended and Supplemental Complaint and Second Amended and Supplemental Complaint and that they be duly cited to appear and answer herein; that after the lapse of all legal delays and due proceedings had, there be a judgment in favor of **COREY MENARD** against Defendants, **ADRIATIC MARINE, LLC, WOOD GROUP PSN, INC., WOOD GROUP PRODUCTION SERVICES, INC., GIBSON APPLIED TECHNOLOGY AND ENGINEERING, INC,** and **ACE AMERICAN INSURANCE COMPANY** jointly, severally and in solido in the full and true sum of THREE-MILLION AND

NO/100 ($3,000,000.00) dollars, as nearly as the same can now be estimated, together with all costs, legal interest, punitive damages and all just and equitable relief.

**AND FOR ALL GENERAL AND EQUITABLE RELIEF.**

Respectfully submitted,

**ERROL L. CORMIER, APLC**

**ERROL L. CORMIER**
Bar Roll No. 22024
1538 West Pinhook Road, Suite 101
Lafayette, Louisiana 70503
Tele: (337) 237-2100
Fax (337) 456-6798
Email: errol@errolcormier.com
Attorney for Plaintiff,
**COREY MENARD**

**PLEASE ISSUE SUMMONS:**

NO/100 ($3,000,000.00) dollars, as nearly as the same can now be estimated, together with all costs, legal interest, punitive damages and all just and equitable relief.

**AND FOR ALL GENERAL AND EQUITABLE RELIEF.**

Respectfully submitted,

**ERROL L. CORMIER, APLC**

*[signature]*

**ERROL L. CORMIER**
Bar Roll No. 22024
1538 West Pinhook Road, Suite 101
Lafayette, Louisiana 70503
Tele: (337) 237-2100
Fax (337) 456-6798
Email: errol@errolcormier.com
Attorney for Plaintiff,
**COREY MENARD**

**PLEASE ISSUE SUMMONS**