UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ORLEANS DIVISION

| | |
|---|---|
| COREY MENARD | CIVIL ACTION NO.: 2:16-cv-00498 |
| VERSUS | JUDGE SARAH S. VANCE |
| GRAND ISLE SHIPYARD, INC., ET AL | MAG. DANIEL E. KNOWLES, III |

**GIBSON APPLIED TECHNOLOGY AND ENGINEERING, INC.'S
ANSWER TO SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Gibson Applied Technology and Engineering, Inc. also known as GATE (hereinafter "GATE"), who responds to Plaintiff's Second Amended and Supplemental Complaint as follows:

I.

The allegations of Paragraph I amending the caption require no answer. However, to the extent a response is required, denied for lack of sufficient information to justify a belief therein.

II.

In response to the allegations of paragraph 3 of the Petition for Damages as amended and supplemented in Plaintiff's Second Amended and Supplemental Complaint, except to admit GATE is a Texas corporation, authorized to and conducting business in the State of Louisiana, the remaining allegations of paragraph 3.A. are denied. In further response, the remaining allegations of paragraph 3. B., 3. C., 3. D., and 3. E, are denied for lack of sufficient information to justify a belief therein. The remaining allegations of Paragraph 3 seeking to impose liability on GATE are denied.

III.

The allegations of paragraph 7(c) as added in Plaintiff's Second Amended and Supplemental Complaint require no response from this Defendant. However, to the extent a response is required, the allegations are denied for lack of sufficient to justify a belief therein.

IV.

In response to Plaintiff's allegation restating and re-averring all other allegations in his Original Petition for Damages, and First Amended and Supplemental Complaint, GATE adopts by reference all answers, defenses, and pleadings, heretofore asserted for and on its behalf as though fully restated herein with a further specific denial to the allegations of the referenced paragraph.

**WHEREFORE,** defendant, Gibson Applied Technology and Engineering, Inc. ("GATE"), respectfully requests that after due proceedings be had, that there be judgment herein in its favor, dismissing the Original Petition for Damages, Plaintiff's First Amended and Supplemental Complaint and the Second Amended and Supplemental Complaint of Plaintiff, Corey Menard, at his cost. Additionally, Defendant requests such other relief in the premises as in justice or law it may be entitled to assert.

Respectfully submitted,

/s/ F. Douglas Gatz, Jr.
JENNIFER ELMER MICHEL (#18114)
F. DOUGLAS GATZ, JR. (#16934)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
100 East Vermilion Street, Suite 300
Lafayette, Louisiana 70501
Telephone: 337-326-5777
Facsimile: 337-504-3341

*Attorneys for Defendant Gibson Applied Technology and Engineering, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 21st day of July, 2017, I electronically filed the foregoing Answer to Complaint with the Clerk or Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service.

/s/ F. Douglas Gatz, Jr.
F. DOUGLAS GATZ, JR.